IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Docket No. 3:22-cr-113-KDB |
| v. | ) ) | |
| VICTOR MANUEL VIDALES | ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion of the United States of America to dismiss the charges against Defendant Victor Manuel Vidales in the Bill of Information without prejudice because he has been charged by indictment in Docket Number 3:22-cr-152-KDB and has signed plea documents in 3:22-cr-239-KDB. The Defendant consents to the Motion.

**IT IS HEREBY ORDERED** that the Motion be **GRANTED** and that the charges against Defendant Victor Manuel Vidales in the above-captioned Bill of Information be dismissed without prejudice.

**SO ORDERED**

Signed: September 27, 2022

Kenneth D. Bell
United States District Judge